MHG

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: RODICA WACVIO
(Please print)

STREET ADDRESS: 1325 Baldwin CT Apt 2A

CITY/STATE/ZIP: Palatine IL 60074

PHONE NUMBER: 847 9630281

CASE NUMBER: 08CV3948
JUDGE LEINENWEBER
MAG. JUDGE KEYS

Signature: Rodica Wacvio          Date: 07/11/08

FILED
JUL 11 2008
7-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT