# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3948 | **DATE** | 7/18/2008 |
| **CASE TITLE** | Rodica Waivio vs. Advocate Health Care Network, et. al | | |

**DOCKET ENTRY TEXT**

Plaintiff submitted a complaint [1] and in forma pauperis (IFP) application [4] on July 11, 2008. It appearing to the Court that the substance of the complaint are the same as in the case dismissed with prejudice by Judge Guzman on July 10, 2008 (No. 07 C 6690), this case is dismissed with prejudice and Plaintiff's IFP application is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|