FILED

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JUL 30 2008 YM
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RODICA WAIVIO, )
Plaintiff, )   Case NO: 08-C-3948
v. )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, )   Harry Leinenweber

ET ALL Defendants.

## MOTION OF RECONSIDERATION

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion respectfully states the followings:

1. On July 11, 2008 plaintiff opened present case. Plaintiff submitted an application for financial assistance. This court entered on 07/21/08 an order denying such application and dismissing case.

2. Pursuant to Bank of Waunakee v. Rochester Cheese Sale Inc 906 F2d 1185 1191 (7th Cir 1990) plaintiff respectfully requests reconsideration of order entered 07/21/08. Hon Court misunderstood plaintiff.

3. Plaintiff desires to submit a new complaint therefore plaintiff respectfully requests to honorable court to allow case to continue and to allow plaintiff to submit another compliant. There are more parties and more issues which need to be discussed and argued.

4. Pursuant to Rule 12(d) plaintiff was not offered fear opportunity of participation to case 07-C-6690 because court restricted access to plaintiff to court starting to 06/13/08 and 07/03/08 and 07/08/08 and following afterwards. Many times Judge Guzman told to plaintiff to "get out" from court; Judge Guzman violated Waivio's civil rights and misinterpreted plaintiff. Judge Guzaman refused procedure for post judgment. Plaintiff argument was not heard, and refused further hearing for Waivio. Adverse actions resulted in impossibility of Waivio to participate to case 07-C-6690.

5. Hon Judge Guzman refused to allow plaintiff to be heard starting with 07/03/08 and 07/08/08. Hon Judge introduced "security" and afterwards a "caution order"

and plaintiff was restricted access to court; actions of court adversely affected plaintiff's participation and interfered with plaintiff activity on case.

6. Order introduced by Hon Judge Guzman on 07/10/08 does not present any facts and points to Rule 8 FRCP. There is no conclusion of law and there is no conclusion of facts. Absent such matter there is no restriction to issues of rejudecata. Issue of rejudecata needs to be argued by parties and plaintiff believes there is no restriction of rejudecata. Plaintiff has submission from defendants providing evidence in support of present case. Hon Judge Guzman abused the discretion and error in process.

7. Order introduced 07/10/08 in 06-C-6690 states that court offered plaintiff possibility of an attorney; but this is false because court did not clearly declared on record such intention before dismissing case while court appeared to transmit plaintiff something else; court did not clearly made record of such matters; plaintiff believes Hon Judge Guzman misunderstood plaintiff. Plaintiff did not refuse an attorney. Plaintiff desires an attorney. Plaintiff respectfully requests to this court to allow plaintiff possibility of submission of another complaint.

8. Starting with 07/03/08 court in case 07-C-6690 refused to hear the case. On 07/03/08 court abused plaintiff and misinterpreted one of the plaintiff's submission. Plaintiff was abused by Hon Judge Guzman as court against plaintiff will misinterpreted plaintiff submission to court. Plaintiff filed a motion of withdraw on 07/03/08 but court refused to allow plaintiff to correct such matter.

9. Plaintiff is pro se and plaintiff has right to "safe harbor provisions" under Title VII. Judge Guzman refused safe harbor provisions for plaintiff and terminated case without to give any possibility to Waivio.

10. Starting with 07/03/08 plaintiff believes court denied Waivio access to federal procedure; some security issue were not acknowledged to plaintiff and plaintiff was not offer fear opportunity to argue such matters.

11. Case 07-6690 was terminated suddenly because some "security issues"; starting before or on 07/03/08 Hon Judge Guzman appears suffering of some "security issues" which in some respect were related to "stereotype expectations" of judge; plaintiff believes court misinterpreted plaintiff's statements.

WHEREFOR Rodica Waivio respectfully requests this Hon Court allow her motion and allow all relief under law.

Rodica Waivio

Date 07/30/08      *Redica Waivio*