CHH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

08-c-03948

RODICA WAIVIO,  )
Plaintiff,  )      Case NO: 08-C-03948
v.  )      HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )
   )      Harry Leinenweber
ET ALL Defendants.

### NOTICE MOTION

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

FILED
JUL 30 2008 YM
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08/05/08 at 9:30am

Please take note that on RODICA WAIVIO the Plaintiff will appear before judge Leinenweber and present Motion of Reconsideration submitted in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, a copy of which is hereby served upon you.
Date
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by fax on and e-mail
Date
Rodica Waivio   *Rodica Wai——*