IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| Plaintiff, ) | |
| v. ) | Case No: 08-C-3948 |
| ADVOCATE HEALTH CARE NETWORK, ) | |
| ADVOCATE MEDICAL GROUP, ) | |
| ADVOCATE HEALTH AND ) | HONORABLE JUDGE |
| HOSPILAT CORPORATION, ) | Harry D. Leinenweber |
| ADVOCATE LUTHERAN GENERAL HOSPITAL,) | |
| IAN JASENOF, individual and employee, ) | |
| JENNIFER TORRES, individual and employee, ) | |
| DANIEL PESCH, individual and employee ) | |
| THOMAS IANNUCCI, individual employee ) | |
| BRUCE PIELTE, individual and employee, ) | |
| VISHVANATH KARANDE, individual employee) | |
| RAPISARDA JOHN, individual and employee ) | |
| FERTILITY CENTER OF ILLINOIS, ) | |
| KARANDE& ASSOCIATES ) | |
| MCBREEN, KOPKO&DAYAL, ) | |
| Edward Nielsen, individual end employee ) | |
| Anjali Dayal, individual and employee ) | |
| Joanne Ciminera, individual and employee ) | |
| PRETZEL&STOUFFER CHARTERED ) | |
| Wilson Elser,Moskowitz, Edelman& DickerLLP) | |
| Defendants. | |

**FILED**
AUG 1 9 2008 TC
Aug 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF APPEAL

Plaintiff-Appellant Rodica Waivio, Pro Se, appeals to United States Court of Appeals For the Seventh Circuit from the following orders entered in these action in the United States District Court For The Northern District Of Illinois:

1. The minute order: 07/18/2008 [106] MINUTE entry before the Honorable Harry Leinenweber: Plaintiff submitted a complaint [1] and in forma pauperos (IFP) application [4] on July 111, 2008. It appearing to the court that the substance of the complaint are the same as in the case dismissed with prejudice by Judge Guzman on July 1008 (No: 07 C 6690), this case is dismissed with prejudice and Pklintiff;s IFP application is denied (Entered: 07/21/2008)
2. The minute order introduced 08/19/08 denying Motion of reconsideration filed 07/30/08 and amended motion of reconsideration submitted 08/18/08 based of defendants opposition "this case was dismissed" from 08/19/08.

By this appeal, Plaintiff-Appellant will ask the HON Appellate court to:
a) reverse the orders of July 21, 2008, and 08/19/08 and the orders listed above or
b) made recommendation to amend complaint, or

c) remand the case with directions to reinstate all counts of the complaint 07/11/08 of case 08-C-3948, for trial on the merits as to all claims, or

d) for such order and further relief as the Appalls Court may deem proper.

Respectfully Submitted by Plaintiff-Appellant Rodica Waivio, Pro Se

Rodica Waivio
1325 Baldwin Ct Apt 2A
Palatine, IL, 60074
Phone: 847-963-0231

Date
08/19/08

*Rodica Waivio* (signature)

**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606