IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| Plaintiff, ) | |
| v. ) | Case No: 08-C-3948 |
| ADVOCATE HEALTH CARE NETWORK, ) | |
| ADVOCATE MEDICAL GROUP, ) | |
| ADVOCATE HEALTH AND ) | HONORABLE JUDGE |
| HOSPILAT CORPORATION, ) | Harry D. Leinenweber |
| ADVOCATE LUTHERAN GENERAL HOSPITAL,) | |
| IAN JASENOF, individual and employee, ) | |
| JENNIFER TORRES, individual and employee, ) | |
| DANIEL PESCH, individual and employee ) | |
| THOMAS IANNUCCI, individual employee ) | |
| BRUCE PIELTE, individual and employee, ) | |
| VISHVANATH KARANDE, individual employee) | |
| RAPISARDA JOHN, individual and employee ) | |
| FERTILITY CENTER OF ILLINOIS, ) | |
| KARANDE& ASSOCIATES ) | |
| MCBREEN, KOPKO&DAYAL, ) | |
| Edward Nielsen, individual end employee ) | |
| Anjali Dayal, individual and employee ) | |
| Joanne Ciminera, individual and employee ) | |
| PRETZEL&STOUFFER CHARTERED ) | |
| Wilson Elser,Moskowitz, Edelman& DickerLLP) | |
| Defendants. | |

FILED
AUG 1 9 2008 TC
Aug 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

Plaintiff-Appellant Rodica Waivio, Pro Se, appeals to United States Court of Appeals For the Seventh Circuit from the following orders entered in these action in the United States District Court For The Northern District Of Illinois:

1. The minute order: 07/18/2008 [106] MINUTE entry before the Honorable Harry Leinenweber: Plaintiff submitted a complaint [1] and in forma pauperos (IFP) application [4] on July 111, 2008. It appearing to the court that the substance of the complaint are the same as in the case dismissed with prejudice by Judge Guzman on July 1008 (No: 07 C 6690), this case is dismissed with prejudice and Pklintiff;s IFP application is denied (Entered: 07/21/2008)
2. The minute order introduced 08/19/08 denying Motion of reconsideration filed 07/30/08 and amended motion of reconsideration submitted 08/18/08 based of defendants opposition "this case was dismissed" from 08/19/08.

By this appeal, Plaintiff-Appellant will ask the HON Appellate court to:
a) reverse the orders of July 21, 2008, and 08/19/08 and the orders listed above or
b) made recommendation to amend complaint, or

c) remand the case with directions to reinstate all counts of the complaint 07/11/08 of case 08-C-3948, for trial on the merits as to all claims, or

d) for such order and further relief as the Appalls Court may deem proper.

Respectfully Submitted by Plaintiff-Appellant Rodica Waivio, Pro Se

Rodica Waivio  
1325 Baldwin Ct Apt 2A  
Palatine, IL, 60074  
Phone: 847-963-0231  

Date 08/19/08

*Rodica Waivio* (signature)

**Joanne Ciminera**  
Wilson Elser  
120 North LaSalle Street-Suit 2600  
Chicago IL 60602  
**Edward Nielsen**  
One South Wacker Drive Suit 2500  
Chicago IL 60606-4673  
**Anjali Dayal**  
20N Wacker Dr Suit 2520  
Chicago IL 60606

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv3948

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Rodica Waivio/Appellant | | Advocate Health Care Network, et al/Appellees |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Rodica Waivio (ProSe) | Name | |
| Firm | | Firm | |
| Address | 1325 Baldwin Apartment 2A Palatine, IL 60074 | Address | |
| Phone | 847-963-0231 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Leinenweber | Date Filed in District Court | 7/18/2008 |
| Court Reporter | K. Burgeson   Ext. 5567 | Date of Judgment | 7/18/2008 |
| Nature of Suit Code | 440 | Date of Notice of Appeal | 8/19/2008 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]
              IFP Pending [X]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3948 | **DATE** | 7/18/2008 |
| **CASE TITLE** | Rodica Waivio vs. Advocate Health Care Network, et. al | | |

**DOCKET ENTRY TEXT**

Plaintiff submitted a complaint [1] and in forma pauperis (IFP) application [4] on July 11, 2008. It appearing to the Court that the substance of the complaint are the same as in the case dismissed with prejudice by Judge Guzman on July 10, 2008 (No. 07 C 6690), this case is dismissed with prejudice and Plaintiff's IFP application is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|

APPEAL, KEYS, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03948
### Internal Use Only

| | |
|---|---|
| Waivio v. Advocate Health Care Network et al | Date Filed: 07/18/2008 |
| Assigned to: Honorable Harry D. Leinenweber | Date Terminated: 07/18/2008 |
| Cause: 42:1981 Civil Rights | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Rodica Waivio**　　　　　represented by　**Rodica Waivio**
　　　　　　　　　　　　　　　　　　　　　　1325 Baldwin
　　　　　　　　　　　　　　　　　　　　　　Apartment 2A
　　　　　　　　　　　　　　　　　　　　　　Palatine, IL 60074
　　　　　　　　　　　　　　　　　　　　　　(847) 963-0231
　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**Advocate Health Care Network**

**Defendant**

**Advocate Medical Group**

**Defendant**

**Advocate Health and Hospilat Corporation**

**Defendant**

**Advocate Lutheran General Hospital**

**Defendant**

**Ian Jasenof**
*individual and employee*

**Defendant**

**Jennifer Torres**
*individual and employee*

**Defendant**

**Daniel Pesch**
*individual and employee*

**Defendant**

**Thomas Iannucci**
*individual and employee*

**Defendant**

**Bruce Pielte**
*individual and employee*

**Defendant**

**Vishvanath Karande**
*individual and employee*

**Defendant**

**Rapisarda John**
*individual and employee*

**Defendant**

**Fertility Center of Ilinois**

**Defendant**

**Karande & Associates**

**Defendant**

**McBreen, Kopko & Dayal**

**Defendant**

**Edward Nielsen**

**Defendant**

**Anjali Dayal**
*individual and employee*

**Defendant**

**Joanne Ciminera**
*individual and employee*

**Defendant**

**Pretzel & Stouffer Chartered**

**Defendant**

**Wilson Elser, Moskowitz, Edelman & Dicker LLP**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2008 | 1 | RECEIVED Complaint and no copies by Rodica Waivio. (kj, ) (Entered: 07/14/2008) |
| 07/11/2008 | 2 | CIVIL Cover Sheet. (kj, ) (Entered: 07/14/2008) |
| 07/11/2008 | 3 | PRO SE Appearance by Plaintiff Rodica Waivio. (kj, ) (Entered: 07/14/2008) |
| 07/11/2008 | 4 | APPLICATION by Plaintiff Rodica Waivio for leave to proceed in forma pauperis. (kj, ) (Entered: 07/14/2008) |
| 07/18/2008 | 5 | MINUTE entry before the Honorable Harry D. Leinenweber: Plaintiff submitted a complaint 1 and in forma pauperis (IFP) application 4 on July 11, 2008. It appearing to the Court that the substance of the complaint are the same as in the case dismissed with prejudice by Judge Guzman on July 10, 2008 (No. 07 C 6690), this case is dismissed with prejudice and Plaintiff's IFP application is denied. Mailed notice (kj, ) (Entered: 07/21/2008) |
| 07/30/2008 | 6 | MOTION by Plaintiff Rodica Waivio for reconsideration. (kj, ) (Entered: 07/30/2008) |
| 07/30/2008 | 7 | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration 6 before Honorable Harry D. Leinenweber on 8/5/2008 at 09:30 AM. (kj, ) (Entered: 07/30/2008) |
| 07/31/2008 | 8 | MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiff's motion for reconsideration now noticed for 8/5/2008 is reset by the court for 8/19/2008 at 09:30 AM. Mailed notice (wp, ) (Entered: 07/31/2008) |
| 08/08/2008 | 9 | CERTIFICATE by Rodica Waivio for Record Purposes; Notice. (ep, ) (Entered: 08/12/2008) |
| 08/18/2008 | 10 | AMENDED MOTION by Plaintiff Rodica Waivio for Reconsideration Pursuant to Fourteenth Amendment to US Continuation. (kj, ) (Entered: 08/18/2008) |
| 08/18/2008 | 11 | NOTICE of Motion by Rodica Waivio for presentment of Reconsideration 10 before Honorable Harry D. Leinenweber on 8/19/2008 at 09:30 AM. (kj, ) (Entered: 08/18/2008) |
| 08/18/2008 | 12 | CERTIFICATE of Record Purposes by Rodica Waivio. Notice. (kj, ) (Entered: 08/20/2008) |
| 08/19/2008 | 13 | APPLICATION by Plaintiff Rodica Waivio for leave to appeal in forma pauperis. (gej, ) (Entered: 08/20/2008) |
| 08/19/2008 | 14 | NOTICE of appeal by Rodica Waivio regarding orders 5 . (IFP Pending) (gej, ) (Entered: 08/20/2008) |