

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,            )
Plaintiff,                )   Case NO: 08-C-3948
        v.                )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )   Leinenweber

ET ALL Defendants.

NOTICE MOTION

**FILED**
Aug 20, 2008
AUG 2 0 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

Please take note that on 08/27/08 at 9:30 RODICA WAIVIO the Plaintiff will appear before judge and present Request TO Withdraw Amendment submitted in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, a copy of which is hereby served upon you.
Date 08/20/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by fax on and e-mail
Date 08/20/08
Rodica Waivio    *Rodica Waivio*