**FILED**
**AUGUST 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 26, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 08-3192<br><br>Caption:<br>RODICA WAIVIO,<br>Plaintiff - Appellant<br>v.<br>ADVOCATE HEALTH CARE NETWORK, et al.,<br> Defendants - Appellees |
| District Court No: 1:08-cv-03948<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Harry Leinenweber<br>Court Reporter Krista Burgeson<br><br>Date NOA filed in District Court: 08/19/2008 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)